**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2696**

---

GARY J. WINTON,

Plaintiff - Appellant,

versus

AM-PRO PROTECTIVE AGENCY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-95-65-A)

---

Submitted: November 30, 1995        Decided: April 19, 1996

---

Before WILKINSON, Chief Judge, and WIDENER and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Gary J. Winton, Appellant Pro Se. Bernard Phillip Jeweler, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment to Defendant in this action alleging discrimination on the basis of race, in violation of 42 U.S.C. § 2000e-5 (1988). The record reveals that Appellant failed to meet his burden of establishing a prima facie case of discrimination. Accordingly, we affirm on the reasoning of the district court. <u>Winton v. Am-Pro Protective Agency</u>, No. CA-95-65-A (E.D. Va. Aug. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for production of documents is denied.

<u>AFFIRMED</u>